[No. 18578–1–I.   Division One.   September 28, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN FREDERICK WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02666–3, Frank J. Eberharter, J., entered

June 9, 1986. *Dismissed* by unpublished per curiam opinion.